JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. BURT, | ) Case No.: CV 16-07340-AG (JDE) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| CITY OF SANTA BARBARA, et al., | ) |
| Defendants. | ) |
| | ) |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice. Plaintiff shall take nothing on his Complaint, and Judgment is entered in favor of Defendants.

Dated: 11/30/17

_____
ANDREW J. GUILFORD
United States District Judge